**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMES W. BARRY, | )  NO. CV 04-649-E |
| Plaintiff, | ) |
| v. | )  **JUDGMENT** |
| JO ANNE B. BARNHART, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION | ) |
| Defendant. | ) |

IT IS HEREBY ADJUDGED that the decision of the Commissioner of the Social Security Administration is reversed and the matter is remanded for the immediate calculation and payment of benefits in accordance with the Memorandum Opinion and Order filed concurrently herewith.

DATED:  October 20, 2006.


_____/S/_____
CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE